UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA McLAUGHLIN, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>LAW OFFICES )<br>HOWARD LEE SCHIFF, P.C. and )<br>DOES 1-10, inclusive, )<br>)<br>    Defendants )<br>) | JURY DEMANDED<br>Civil Action No. 1:13cv11830 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned civil action have reached a settlement agreement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a) within thirty (30) days.

                          Respectfully submitted,
                          DANA McLAUGHLIN,
                          By her attorney,

Dated: September 17, 2013        */s/ Barbara L. Horan*
                                                Barbara L. Horan
                                                BBO #652151
                                                Law Office of Barbara L. Horan
                                                800 Hingham Street
                                                Rockland, MA 02370
                                                (855) 488-4400
                                                blh@BLHLaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on September 17, 2013.

*/s/ Barbara L. Horan*
Barbara L. Horan